# EXHIBIT A

Esteemed Judge Castel,

I feel very ashamed of what I did, I feel horrible for what is happening to my family. They are suffering, both financially and emotionally. My son Jhon Faber is working in the graphic design field, some days yes, some days no, and my wife works in a restaurant. But sadly, what they earn is not enough to pay the household expenses. There are six people living in our home.

I worked as a fisherman for many years, since my childhood, in fact. At the age of 10, I left school to go to work, fishing and selling my catch every day to help my family. In 1979 there was a tsunami that wiped out the coast, and I worked with my father logging for a few years. Then I went back to fishing and worked on fishing boats for many years and supported my family. But when I returned to Buenaventura after my time in prison, there was no longer any work for fishermen. I went out to look for work every day in the fishing industry, but there were very few fishing boats now in Buenaventura, because the government closed many of the companies and confiscated many of the boats, which supposedly belonged to the cartels. This destroyed the local economy.

At that time my family had enormous debts, money we had borrowed to pay the electric bill and to pay off a loan from a lady who gave me money to open a business selling produce. We had no money for transportation, food, or my daughter's schooling. By the time the young man offered me the job that brought me here, I had been unemployed for almost three years. I made the wrong choice because of the financial pressure my family was feeling.

But my choice placed my family in an even worse situation. They still face the same debts as before, and the money they earn is not enough to live on. They are suffering and I can not be there at their side to support them. I don't want to see my family end up without a father, without a husband. I have learned enough from my mistakes, from being in jail again, facing so much more time. The first time I was in prison, my family survived, but this time is different, because I don't know if they will make it out of this crisis, and I don't know if I will ever see them again.

I apologize to you, I ask for your forgiveness. I promise you that this will not happen again, because I have hurt my family way too much. I know if I ever do anything like this again, I will never get out of prison, I will receive a life sentence. It pains me greatly to even think of that possibility, the chance I may never see my family again ever. I apologize to you and to my family for my mistakes. I will never do anything like this again, ever.

Estimado Señor Juez Castel,

Me siento muy apenado por lo que yo hice, me siento muy mal por lo que está pasando en mi familia. Ellos están sufriendo mucho, económicamente y también emocionalmente. Mi hijo Jhon Faber está trabajando en el campo de diseño gráfico, algunos días sí y algunos no, y mi esposa trabaja en un restaurante. Pero lamentablemente lo que ganan ellos no es suficiente para pagar los gastos de la familia. Hay 6 personas que viven en nuestra casa.

Yo trabajaba como pescador durante muchos años, desde mi niñez, en realidad. A los 10 años, dejé la escuela para irme a trabajar, pescando y vendiendo el pescado cada día para ayudar a mi familia. En 1979 ocurrió un maremoto que destrozó toda la costa, y me fui a trabajar en el monte cortando maderas con mi padre. Luego volví a las pesca y trabajaba en barcos pesqueros por muchos años y pude mantener a mi familia. Pero cuando regresé a Buenaventura después de mi tiempo en la cárcel, ya no había trabajo para los pescadores. Yo salía todos los días a buscar trabajo en la pesca, pero en Buenaventura ya no existen muchos barcos pesqueros, porque el gobierno cerró muchas compañías y confiscó muchos barcos que supuestamente pertenecían a los carteles. Esto arruinó totalmente la economía del área.

Durante ese tiempo, mi familia tenía mucha deuda, dinero que habíamos pedido prestado para poder pagar la energía y para pagar un préstamo a una mujer que me dio dinero para abrir un negocio para vender verduras. No teníamos dinero para el transporte, la comida, ni para los estudios de mi hija. En el momento que un pelado me ofreció el trabajo que me trajo aquí, yo había estado desempleado por casi 3 años. Yo hice la decisión equivocada por motivo de la presión económica que sintió mi familia.

Pero mi decisión puso a mi familia en una situación más grave aún. Todavía tienen las mismas deudas de antes, y el dinero que ganan no les alcanza para vivir. Ellos están sufriendo y no puedo estar ahí a su lado para apoyarlos. No quiero ver que mi familia quede sin padre, sin esposo. He aprendido demasiado de mis errores, al estar en la cárcel esta vez, enfrentando tanto tiempo. La primera vez que estuve en la cárcel, mi familia sobrevivió, pero esta vez es diferente, porque no sé si lograrán salir de esta situación, y no sé si vuelvo yo a verlos a ellos jamás.

Yo quiero pedirle disculpas a Usted, quiero pedirle perdón. Quiero prometerle que esto no va a pasar de nuevo, porque ya he perjudicado a mi familia demasiado. Yo sé que si hago algo semejante otra vez, que nunca voy a salir de la cárcel, que me va a tocar una cadena perpetua. Me causa mucho dolor al pensar en esa posibilidad, la de nunca ver a mi familia nunca jamás. Le pido disculpas a Usted, y a mi familia por mis errores. Nunca vuelvo a hacer una cosa así, nunca.

*Gabriel Aguirre Cuero*

# EXHIBIT B

Dear Judge Castel,

I am Olga Vastos. I work in catalog sales, such as AVON.

I know Mr. Gabriel Aguirre because he is my neighbor and my friend for many years. Your Honor, my relationship with him is that of a neighbor, I have known him since 1978.

We have been neighbors, he has always been on a fishing boat, and he has always been a courteous, serious, correct person. When I met Mr. Gabriel, better known as "Gabolo" especially in the neighborhood where we live, he wasn't thinking of a wife or children, he was so young, he was a hardworking, giving person. Later on he fell in love with the woman who would be the mother of his children, I remember her name is Chela. Gabriel wanted to win her over and he did so, she is an honest, serious, and very committed woman. Gabriel has always been known as a courteous and charitable person, he has always been attracted to soccer, he doesn't play but he enjoys watching the kids play in the neighborhood.

When he would come back from a fishing trip, he would always share his catch with the neighbors, and when he started to have children, Your Honor, he was even more devoted to them, always wanting to give them the best, a good education, teaching them respect, to be good people, etc. I know him well, as a courteous, respectful and charming person.

What proved his kindness to me was the fact that he is a humanitarian person, for example: if someone was sick and had to be transported, he would do it, he was very generous in that way.

Example: if someone was carrying a sack of potatoes, he would help without expecting anything in return.

Your Honor, he didn't think about his actions at that time, he was very serious, and still is, and these are things that happen in life. I would say to him, Gabolo, think this over, think of your children, but sometimes the lack of work is too much, you lose hope, and for your children to say to a father I'm hungry and there's no money, it's hard, there are so many things, Your Honor, no one really knows another person's situation. I will help Mr. Gabriel Aguirre with work, if I hear someone needs a worker, whether it's for construction, I will tell him but then it's up to him if he takes it, you can't force anyone, but I will help him happily. He used to help me fixing up my house, repairing a roof tile that was damaged, he was always generous and attentive, but he can't help now because he is not here. The truth is this is not his first arrest, it is his second, but it is going to be different this time because he is a good man and with God's help there won't be a third time, and with your help I know it will be different, and he will be back with us soon.

                                                    Olga Vastos

Estimado Juez Castel,

Soy : Olga vastos
Me dedico a la venta de catálogo tales como : AVON.
Lo conozco ya que el señor Gabriel Aguirre es mi vecino, adems es mi amigo de muchos años. Honorable señor Kevin Castel, mi parentesco con en " vecina " yo lo conozco desde el año 1978.

Con el sr. Gabriel hemos sido vecino, ya que el siempre a andado en su barco pesquero, el siempre a sido una persona muy correcta, serio y amable ; cuando yo me conocí con el señor Gabriel, más conocido como " gabolo " y más en el barrio en el que vivimos, el no ppensaba ni en tener mujer menos hijos, era tan joven para tenerlos, el era un hombre muy trabajador, colaborador, pero tiempo después el se enamoró, de la mujer que será la madre de sus hijos, recuerdo tanto que se llama " chela " el sr. Gabriel se propuso conquistarla y así fue, como lo hizo, ella es una mujer integra, muy seria y muy comprometida.
El siempre se ha caracterizado por ser una buena persona muy amable, y sobre todo colaborador, el sr. Gabriel siempre le a llamado la atención el fútbol, ni lo juega, pero le gusta ver a los jóvenes jugar cuando juegan en el barrio.
Cuando el se iba a viaje y llegaba , siempre repartía pescado a sus vecinos, y cuando empezaron a llegar los hijos, Honorable señor Kevin Castel ese hombre era aún más entregado a sus hijos, siempre queriendo darles lo mejor, una buena educación, enseñándoles sobre el respeto, a ser buenas personas etc.. yo lo conozco lo suficiente, de una forma muy amable, respetuoso, y carismático.
Para mi lo que demuestra su bondad es que el es una persona muy humanitaria, ejemplo: si había una persona enferma y tocaba que sacarla el lo hacía por ese lado el colaboraba mucho.
Ejemplo : si alguien venía con un bulto de papá, o cualquier otra cosa, y el venía atrás de la persona le colaboraba sin esperar nada a cambio.
Honorable señor Kevin Castel, la verdad en ese tiempo no pensaba en eso, el era una persona muy seria, y sigue siendo, además esos son tropezones que se le presentan en la vida a uno. Hay mi gabolo yo le decía que lo pensara muy bien, que pensara en sus hijos, pero hay veces la falta de trabajó influye mucho, y desespera y " que los hijos le digan a un padre papá tengo hambre" y no aiga plata es es duró, entonces son tantas cosas Honorable señor Kevin Castel, porque nadie sabe lo de nadie. Yo le ayudaré al señor Gabriel Aguirre con trabajo, que yo escuche que necesiten a un trabajador, así sea para construcción yo le digo pero eso ya depende deel, si lo acepta, porque uno no puede obligar a nnadie a nada, pero si le colaborará con mucho gusto; el me ayudaba arreglando mi casa, cambiándome alguna " teja " que yo tuviera mala, el siemprea sido generoso, muy aatento pero ya hoy en día no puede colaborar me porque no está.
La verdad no es el primer arrestó, este es el segundo, pero va a ser distinto porque el es un buen hombre y con la ayuda de Dios ni habrá tercera vez, y consu aayuda se que va ser distinto.. y muy pronto lo tendremos por acá

Olga Vastos