# EXHIBIT D



## MCC New York NYM

Patient: **AGUIRRE-CUERRO, GABRIEL (Male)**
Register#: 49665-018
Date: 05/02/16 14:22
Slicecount: 3
History: PAIN., HX. INJURY
Priors:
Exams: FILM RIGHT WRIST
Referring Phy:
Ordering Phy: Dr. Beaudouin
Ordering Phy #:
Accession Numbers: 202#BOP126348615, 202#BOP583488615

DOB: 03/18/62
Age: 54
Status: IP

### Final Report

**Exam:** FILM RIGHT WRIST 5/2/16 at 1346 hrs.

**INDICATION:** Pain, history of injury

**COMPARISON:** None

**FINDINGS:** 3 views of the right wrist are obtained.

No acute fracture. No dislocation.

Old healed fracture deformity of the distal radius at the distal metaphysis level. There is a component of volar angulation of the distal radial articular surface with an acquired positive ulnar variance. Old fracture deformity of the ulnar styloid without significant displacement.

Alignment of the carpal bones is maintained.

No significant osteoarthritic changes identified.

Soft tissues unremarkable.

**IMPRESSION:**

No acute fracture or dislocation identified.

Old healed fracture deformity of the distal radius at the distal metaphysis level. There is a component of volar angulation of the distal radial articular surface with an acquired positive ulnar variance. Old fracture deformity of the ulnar styloid without significant displacement.

Radiologist: Farhad Khorashadi, MD

Study ready at 14:22 and initial results transmitted at 00:31

# EXHIBIT E

Honorable Judge P. Kevin Castel,

I'm Kelly Tatiana Aguirre Hernandez.
I'm studying accounting for commercial and financial operations.

Your Honor, I have known Mr. Gabriel Aguirre for 23 years because he is my father.
Mr. Gabriel Aguirre is very devoted to his family, he is honorable, friendly and attentive. My parents are so beautiful, the most beloved people in my life. Your Honor, my father is a humble man, he is always looking out for his loved ones, he cares for all of them.

Ever since I was a young girl, he always indulged me and my siblings, he has wanted the best for us as his family, he is someone who fights every day to be able to provide a better future to his family. My father is the best thing that has ever happened to me, he is the best father in the world. He does a lot of charity work, when he goes to church he gives donations, and he helps those in need and he enjoys doing it.

Gabriel Aguirre is, simply put, a man who has fought for his family, he likes to see his family well, and if they are well he is happy, and as far as seeing his loved ones prepared, he wants them to study, he wants them to prepare for the future, to get ahead, and despite his absence, all the values he taught are coming to life, all the work he did was not in vain or wasted, that is why I want to prepare myself and I want my siblings to do so as well, so that tomorrow we can have the means to help our parents to carry on and they can have a restful old age and can see us as fulfilled adults.

With respect,

Kelly Tatiana Aguirre Hernandez.

Honorable Señor P. Kevin Castel,

Soy kelly tatiana aguire hernandez
soy estudiante de contabilizacion de operaciones comerciales y financieras..

honorable señor kevin castel, yo conozco al señor gabriel aguirre hace 23 años,por la sencilla razón que el es mi padre ...
el señor gabriel aguirre es un hombre muy dedicado a su familia, es un una persona honorable amigable y complaciente,mis padres son lo mas hermoso, y lo que mas amo en la vida, honorable señor kevin castel, mi padre es un hombre muy humilde el siempre esta al pendiente de todos los suyos el se preocupa mucho por todos..

desde pequeña siempre nos consentía a mi y mis hermanos, el a querido lo mejor para nosotros siempre que somos su familia, el es un hombre que cada día lucha para poder brindarle un futuro mejor a su familia,mi padre es lo mejor que me ha pasado es el, es el mejor padre del mundo, el hace muchas obras caritativas, cuando va a la iglesia da donaciones y ayuda al que lo necesita y a el le gusta mucho hacerlo..

sencillamente gabriel aguire, es el hombre que siempre ha luchado por su familia,le gusta ver a su familia bien,porque si ellos están bien el es feliz, y en el sentido de ver a los suyos capacitado,le gusta que estudien porque el quier que se preparen para el futuro, que salgan adelante, y a pesar de su ausencia todos los valores que el nos inculco se sigan realizando, que todos ,os los esfuerzos que el hizo no fueran en vano ni muchos menos perdidos poreso quiero capacitarme y quisiera que mis hermanos también lo hagan para que el dia de mañana tengamos conque ayudar a nuestros padres, sacarlos adelante y que ellos puedan tener una vejez tranquila..y que ellos pueda vernos realizados...

                                        con respecto,

                                      kelly tatiana aguire hernandez

# EXHIBIT F

Dear Judge Castel,

I'm Erika Gabriela Aguirre Hernandez, currently I am not working, I take care of my niece.

I know Mr. Gabriel Aguirre because he is my father, my relationship is that of daughter and I have known him for 19 years.

I remember him affectionately, my father would play often with me, because I am the youngest of his children, he indulges me and spoils me, I love being with my father, I am so attached to him, and his absence makes me very sad, I miss him so much.

Whenever I would play games with my father I would always win. There are so many things I can not describe him with a single phrase. When my father would work on one of the household appliances, I was always there to help him and to learn, of course. When I would say let's go jogging, we couldn't do it, because we had to carry water, so our plans never came true. I would be sad, because we no longer spent time together, my father and I have many things in common, except for one, which is soccer.

My father displayed his generosity in a unique way, helping people who really needed it. I have learned many things from him, such as learning to share. He is a very charitable man, whoever needs him, he will be there, Your Honor. His love for his family is unique. He has always been a good father and a spectacular husband. I remember when I was young, we would always go walking downtown, we spent a lot of time together as a family, but we can't do that now, because he is not here. I miss my father so much, the emptiness I feel is enormous, and though we do talk, it is not the same as having him here.

We didn't move, I did get counseling, because it is a tragedy for me that my father is up there again.

He has done so much, caring for us his children, buying us what we needed, little by little.

I remember so many things, one time I was alone with my father and a rainstorm came and the wind was blowing so hard that some roofing flew off and some broke, and water came in the kitchen and the bathroom, and I say, what if my father had not been there, what would I have done? I think I would have gone to the roof to fix it, no matter the consequences, but thank God my father was there, we repaired it between the two of us. As you can see, my father is needed dearly.

I know my father is sorry for what he did. He did it because of the extremely difficult situation we are in, and the debts we have. We have problems paying the utilities, my father thought to give us the best, but to eat we have to buy on credit from the neighbor's store. These are very difficult things, my father did this to give us the best, but he could not. I thank God he has his life and health, we will get out of this situation. While there is life, there is hope.

I know he had to work from a tender age, he could not finish his studies because there was no money. His most traumatic incident was the death of his father, and later his mother, they were

ill. My father never had any addiction, Your Honor, except he would smoke a cigarette in the bathroom, only in the bathroom, but he was never addicted to anything. My father went through unemployment when he was young, and when he returned from prison up there he experienced it again.

But God's mercy is great and sometimes people would hire him to paint or repaint something on a boat and he was always willing. Sometimes my father would be sad and pensive when he had no money, and when I needed something for school I wouldn't tell him because I knew he had no money and I didn't want him to go further into debt, that seemed wrong to me.

I know my father to be loving, he helped others without being asked. This proves his kindness and his love for what he does. When the poor would come to our door, he would help them with food, with clothing that we had in good condition, those are charitable acts my father did. I tell him to think of us, we will see how we get by, but he knows that I miss him dearly.

As his daughter, I will take him to programs and help him to find work, so we can move on.

This is affecting me greatly, I close my eyes and wait to see when he will be back with us, his absence affects me and is very difficult, he was here for my ninth grade, this time he wasn't here for my eleventh grade, this absence is very hard for me. My parents are everything for me, I miss him. I don't know how long I can wait to see him, the things he would do for us, paying the utilities and now that he is not here, we will have to see how we will pay them. My mother is not an educated woman, she can't hope for even a minimum wage, she has never had to work, but she is working now to raise us and especially her granddaughter. My mother goes to work at 4:30 am and doesn't come home until 5:30 pm. So many things, our financial situation is very bad, we have it hard here, they are about to cut off the electricity and we don't know who to go to for a loan.

My emotional condition is devastated, I would cut my arm, a cut for each tear I cry. When I am alone I think of my father and I cry, because I miss him.

This is not his first arrest, in fact it is his second, but this time will be different because, first of all, he will be with his loved ones, I will speak very seriously with him, because I don't want him to continue being far away from me, but it will be different, Your Honor, with your verdict it will be different.

I have many things ready for my father in the future, my ideas, my knowledge of business matters, he has told me he wants to finish his education, I will support him the best I can. He enjoys mechanics, I would really like him to do that.

What my father will do after he is sentenced, he will wait to serve his proper time, to prepare himself for the future, and with my help and that of his loved ones, it will be so, I hope to have you home soon, daddy.

                                  Sincerely,

                                  Erika Aguirre Hernandez

Estimado Juez Castel,

Soy Erika Gabriela Aguirre Hernández,
Por el momento no me dedico a nada, sólo cuido a mi sobrina .

Lo conozco y que el señor Gabriel Aguirre es mi padre, mi parentesco con el " hija " lo conozco hace 19 años.
Yo lo recuerdo con mucho amor, mi padre jugaba mucho conmigo, ya que yo soy la última de sus hijos, me consciente mucho y me mima, yo amo estar con mi padre, soy demasiada apegada a el, y el no estar me pone muy triste, lo Extraño mucho.

Siempre que jugaba con mi padre yo le ganaba son tantas cosas que no lo puedo describir en una frase, cuando mi padre se ponía a arreglar cualquier electrodoméstico siempre yo estaba ahí, para ayudarlo, y claro para aprender, cuando le decía que fuéramos a trotar no podíamos porque siempre nos tocaba cargar agua entonces nuestros planes nunca se daban. Yo me pponía triste, ya que casi no compartíamos, con mi padre tenemos cosas en común, menos una que es fútbol.
Mi padre manifestó su generosidad, de una forma única, como ayudando a las personas que en realidad lo necesitan, yo he aprendido mucho de él una de las cosas es aprender a compartir, eles un hombre muy solidario porque el que necesita de el, siempre encontrará Honorable señor Kevin Castel, el amor por su familia es único. Siempre a sido un buen padre y un esposo espectacular recuerdo que cuando estaba pequeña, siempre nos íbamos a pasiar al centro, compartíamos en familia mucho, pero hoy en día ya no podemos porque el no está, yo Erika Aguirre Extraño mucho a mi padre, el vacío que siento es enorme, y aunque hablamospara mi no es lo mismo, que tenerlo cerca
No nos mudamos , la verdad yo si recibí terapia, porque para mí es trágico que mi padre este de nuevo haya.
El a hecho muchas cosas como, cuidar de nosotros que somos sus hijos , comprarnos lo que nos hacía falta poco a poco lo hacía. Honorable señor Kevin Castel.
Hay recuerdo tanto que una vez estaba sola con mi padre y se vino una lluvia muy fuerte que hasta ventia muy fuerte tanto así que una láminas slieron volando y unas se quebraron y se nos empezó a mojar la cocina y el baño, digo yo si mi padre no hubiera estado que yo hubiera echo ? En mi pensar yo me había montado al tejado para arreglarlo, sin importarme las consecuencias, pero gracias a Dios mi padre estaba, entre los dos lo arreglamos como podrá ver l falta de mi padre hace mucha falta.
Yo se que mi padre está arrepentido de lo que hizo,
Mi padre lo hizo ya por la situación tan duras que tenemos, y más las deudas tenemos problema para pagar los servicios públicos, mi padre en algún momento penso en darnos lo mejor, pero para comer nuestros alimentos teníamos que fiar en la tienda del vecino, entonces esas son cosas muy difícil para uno mi padre lo hizo para poder darnos lo mejor, pero no pudo pero le doy gracias a Dios que está con vida y salud porque de esta saldremos mientras haya vida hay esperanzas.
Lo que se, es que desee muy temprano le tocó trabajar, mi padre no pudo culminar sus estudios por falta de dinero, el incidente más traumático tuvo fue la muerte de su padre, y al tiempo después la de

su mamá, ya que ellos estaban enfermos, mi padre nunca tuvo ninguna adicción en forma x Honorable señor Kevin Castel, sol que cuando mi padre iba a entrar al baño debía fumarse un cigarrillo, sólo lo hacía en el baño, pero nunca fue adicto a nada, mi padre si sufrió por desempleo cuando estaba más joven, y cuando llegó de haya que estuvo preso, también sufrió por desempleo.

Pero la misericordia de Dios es muy grande y aveces los conocidos lo buscaban para pintar, o arreglar cualquier cosa del barco y el siempre dispuesto hay veces que mi padre se ponía triste, y pensativo cuando no tenia dinero, y si a mi me pedían algún material en el colegio no le decía porque yo sabía que ni tenia dinero, ni quería que se endeudara más, para mi mi estaba bien eso.

Yo conozco a mi padre lo suficiente de una forma muy amorosa, el le colaboraba a otras personas sin le dijeran eso demuestra su bondad y su Amor por lo que hace. cuando los indigentes llegaban a nuestra puerta mi padre les colaboraba con con comida, con ropa que tuviéramos en un buen estado, ess son cosas caritativas que mi padre a realizado. Yo le decía que pensar en nosotros, que hay viamos como pasábamos el tiempo, pero el sabe que lo Extraño mucho.

Yo que soy su hija lo llevaré a programas y le ayudaré q buscar trabajo, para que así salgamos adelante,.

A mi me esta afectando muy duró, porque cierro mmís ojos, para ver a qué hora está a mi lado, me afecta que no esté conmigo y para iu es muy difícil, ya que el solo estubo para mi grado de noveno, esta vez no estuvo conmigo para los de once, por eso está ausencia que siento para mi es muy fuerte, ya que mis padres son todo para li, el me hace mucha falta no se cuanto tiempo podré soportar no verlo lo que el hacia por nosotros, pagar los servicios públicos y ahora que ni esta, entre todos tenemos que ver cómo lo pagaremos, mi Madre no es una mujer estudiada, por eso ella no puede aspirar a ganarse un sueldo mínimo, ella es una mujer
Que nunca le tocó trabajar pero hoy en día
A lo hace por sscrnos a adelante, y más a su nieta, , mi madre se va atrabajar a las 4:30 Am hasta las 5:30 pm que sale, entonces son tantas cosas, nuestra situacional económica está muy mal la tenemos un poco difícil, aquí donde estamos están a punto de cortarnos la energía, y ya no sabemos a quién recurrir para que se nos haga un préstamo, .

Mi condición emocional es un poco devastadora ya que yo me cortaba el brazo, por cda lágrima una cortada, por eso cuando estoy a solas pienso mucho en mi padre lloró, poruqe el me hace mucha falta .

No es su primer arrestó, la verdad es el segundo, pero esta vez va hacer distinto porque primero que todo estará con sus seres queridos, hablaré muy seriamente con él porque yo no quiero que el siga estando lejos de mi, pero va hacer distinto y más con su veredicto Honorable señor Kevin Castel, va ser distinto..

Para el futuro a mi padre le tengo muchas cosas preparadas, como ofrecerle mis ideas, aportando mis conocimientos sobre cosas empresariales que se, el me ha dicho que quiere terminar sus estudios, yo lo apoyaré de la mejor manera a mi padre le gusta mucho la Mecánica, me gustaría que realmente lo hiciera, .

Lo que mi padre hará después de recibir su sentencia, es esperar que se cumpla el tiempo adecuado, para prepararse para el futuro, y con mi

ayuda y la de sus seres queridos así será, espero tenerte pronto por acá padre.

Atentamente,

Erika Gabriela Aguirre Hernández

# EXHIBIT G

Buenaventura, December 19, 2016

Honorable P. Kevin Castel
United States District Judge

A cordial greeting:

My name is Jarol Portocarrero Aguirre, I am an electro-mechanical technologist and a welding technician. I know Mr. Gabriel Aguirre Cuero, whom I love and appreciate greatly, and not only as my mother's brother; in my early years, I had the pleasure of living with him in my mother's home. As an uncle, he was like a second father to me, he indulged me, gave me advice, and supported me so that my dreams would come true; when we would talk, he would tell me that he enjoyed mechanics, which is the reason I chose to study electro-mechanics.

He was someone who supported me to continue my education and when I wanted to give up, he would always encourage me to carry on. Even when he had his own family, he was always there; he is known as a spontaneous and cheerful person. The only time I remember seeing him sad was when his parents passed away, a very sad time for our family, in which I recall that he was there again, hugging and give a hand of support to my mother.

He was a resourceful, versatile man, who, with no knowledge of appliance repair, helped to repair some items in the homes of neighbors and relatives.

He loved my mother dearly; despite being the youngest sibling, he conducted himself like a father, giving his love and unconditional support; unfortunately my mother passed away with only the hope of seeing him free again, a hope that continues amongst his family and friends.

Cordially,

JAROL PORTOCARRERO AGUIRRE
C.C. 14.475.620

Buenaventura, 19 diciembre 2016

Honorable p. Kevin Castel
United States
District judge.

Cordial saludo:

Mi nombre es Jarol Portocarrero Aguirre soy tecnólogo en electromecánica y técnico en soldadura. Conozco al señor Gabriel Aguirre Cuero, al cual quiero y aprecio mucho no solo por ser hermano de mi madre; durante mis primeros años de mi vida tuve el placer de vivir con él en mi casa materna, como tío llego a ser como mi segundo padre, ya que me consentía mucho, me aconsejaba y apoyaba para que mis sueños se hicieran realidad; cuando conversábamos me decía que le gustaba la mecánica razón por la que me decidí a estudiar electromecánica.

Fue una persona que me apoyo mucho para continuar mis estudios y cuando quería desfallecer él siempre me animaba continuar. Aun Cuando ya tenía su familia seguía estando ahí; se ha caracterizado por ser una persona espontánea y alegre, la única vez que recuerdo verle triste fue cuando fallecieron sus padres, momento muy triste para la familia, episodio en el que recuerdo que una vez más estaba ahí abrazando y dándole su mano apoyando a mi madre.

Fue un hombre recursivo, versátil, el cuál sin tener conocimiento de reparación de electrodomésticos, ayudo a reparar algunos elementos en casa de vecinos y familiares.

Es una persona que quería mucho a mi madre, siendo el menor de los hermanos se comportaba como todo un padre, dándole siempre su amor y apoyo incondicional; desafortunadamente mi madre falleció con la esperanza de verlo libre, esperanza que sigue presente entre sus familiares y amigos.

Cordialmente,

JAROL PORTOCARRERO AGUIRRE
C.C. 14.475.620