# EXHIBIT H

Dear Judge Castel,

My name is Wilber Arley Portocarrero Aguirre, I am a systems technician and I devote myself to serving God, and in my free time I play soccer.

Mr. Gabriel Aguirre saw my birth, he is my uncle, the brother of my mother, and he was always with us, helping us in whatever way he could. He is someone who has been responsible and respectful to the entire family and his co-workers; whenever I needed a favor, he would help me and was always willing to help anyone who needed a favor.

I have known Mr. Gabriel Aguirre for 22 years, and he has been a good, honest, generous, humble and above all a respectful person. He is a very charitable person, he enjoys supporting community activities and he also enjoys supporting education. I always knew that I could count on him in my schooling. He helped us to repair the roads; because we live in a neighborhood where the "tide" comes in, and some houses get flooded. Your Honor, Gabriel helped in the construction of some houses voluntarily and he especially supported soccer. And this situation is all bad because it brings future consequences, and the Bible says "it is better to have little with justice, than to have abundance without law".

First of all, Your Honor, I want Gabriel to reconcile his life to God, because with God we have everything; I will help him financially with everything that is within my reach and help him to train so that he can have a good job. This is affecting all of us greatly, he is a very happy and fun loving person and we miss his smile, his stories and his advice, which we enjoyed as a family, and we should be aware of what we are doing, even though we have needs, our life does not end, but perhaps he had a moment of desperation which led him to do this; I know that he has put his faith in God, Your Honor, he wants to change and with the help of God and his family and Your Honor, he will have another chance to show that he truly has changed.

                                                Wilber Arley Portocarrero Aguirre

Estimado Juez Castel,

Mi nombre es : Wilber Arley Portocarrero Aguirre, soy técnico en sistemas, y me dedico a servirle a Dios y en mi tiempo libre a jugar fútbol.
El señor Gabriel Aguirre me vio nacer, es mi Tío, hermano de mi mamá y siempre el estuvo con nosotros ayudándonos en lo que más podía.
El es una persona que ha sido responsable, respetuoso con toda su familia y compañeros de trabajo ; cuando yo necesitaba un favor el me ayudaba y siempre estaba disponible para cualquier persona que necesitará algún favor ...

Conozco al señor Gabriel Aguirre hace 22 años, y a sido una muy buena persona, honesta generoso, humilde y sobre todo muy respetuoso.
El es una persona muy colaboradora le gusta mucho apoyar a las actividades de la comunidad y le gusta también mucho apoyar la educación siempre supe que podía contar con el en mis estudios.
El nos ayudaba a rellenar las calles; ya que vivimos en un barrio donde sube la " marea " algunas casas tienden a inundarse, Honorable señor Kevin Castel, el ayudaba a trabajar en la construcción de algunas casas voluntariamente y sobre todo apoyaba mucho el fútbol.
Y sobre todo que eso está muy malo ya que nos trae muchas consecuencias para un futuro y en la biblia lo dice " vale mucho más lo poco con justicia, que la muchedumbre sin derecho ".
Pero primero que todo Honorable señor Kevin Castel, es que yo quiero que el reconciliar su vida con Díos ya que con el lo tenemos todo; económicamente le ayudaré con todo lo que está a mi alcance y ayudarlo a capacitarse para que pueda tener un buen trabajo.
A todos nos está afectando mucho ya que es una persona bastantemuy alegre y divertida y extrañamos su sonrisa, escuchar sus historias y consejos pero sobre todo cuando disfrutábamos en famila, y debemos ser conscientes y lo que hacemos, porque a pesar de que tenemos necesidades nuestra vida no acbara, pero quizás el entró en un momento de desespero lo cual lo llevó a hacer eso ; cvpero yo se que el a puesto su fe en Dios Honorable señor Kevin Castel porque el quiere cambiar y con ayuda de Dios y de su familia y suya Honorable señor Kevin Castel se le prestara otra oportunidad para que el demuestre que en realidadque a cambiado.

                                                    Wilber Arley Portocarrero Aguirre

# EXHIBIT I

Dear Judge Castel,

My name is Dominga Aguirre, and I am Gabriel Aguirre's sister. I don't work because I am disabled.

I can attest that Gabriel Aguirre is a very honest, respectful, serious and honored man. He cared for me when I was sick and he would feed me, I couldn't even pick up a spoon, I couldn't do it for myself, Mr. Gabriel Aguirre would do it for me, he would take me to the doctor and he had to carry me, Your Honor. I am someone who cannot walk.

I advised him to do everything he could not to go back to that place, Your Honor, he told me that he prayed God would never let him go back, but his problems and needs made him do it again. I will help my brother, giving him advice, telling him to look for work here in Buenaventura, so that he doesn't have to think of these temptations, not even think of them. My brother's absence has affected me greatly, I miss him so much and I ask God and Your Honor to take pity in his case and send him home soon, my brother has done so many good things for me such as:

Bathing me, dressing me, I am disabled, he would spend time with me in my home.

And now that he can't bathe me or take me to the doctor or give me my medication, I now have to ask other people for help.

I'm having a very difficult time, my brother cannot provide for my food, there are days when I have a very hard time and I only get one meal a day, because of the difficult situation I am in, if they don't give me bread, I don't have bread, Your Honor.

My physical condition is greatly affected because I am disabled, I can no longer walk, I have to depend on other people and ask them to go with me, when I don't have someone go with me, at night I have to sleep on one side as I have said, I am disabled.

Emotionally I am very concerned for Gabriel, I miss him so much. With God's help, it's going to be different this time, because he will have strong support from his family, he will be with his loved ones, we will not permit there to be a third time, we need Mr. Gabriel Aguirre and he is very generous and charitable, he has helped me when I have most needed it and his love for his family is enormous, he is very devoted to his wife and his children, he is a good, loving, affectionate father, always giving the best of his time. He helps me with money, we have a rough financial situation, he took my son into his home, I could not give him a good home or an education, my situation was critical, Your Honor. He enjoys going to worship, and he would take his youngest daughter, she is very close to him, he participated in many church activities. He would give offerings in his religious activity, he took in his parents and cared for them, they were ill and had no one to take care of them.

Your Honor, my brother has gone through many things, during his first arrest his sister Silvia Aguirre passed away, and now that he is gone again, another sister has passed away, it is very hard for someone to lose a loved one, and more so because he is not here, the worst blow for us was his new arrest.

We did move to a new neighborhood, but we did not get psychological therapy, we took it in stride. He helped me by taking me to the doctor, in my condition I had to pay for a general physician to see me. Gabriel took care of me, he has made mistakes, we all do at some point, but you know how good it is to admit your mistakes. Your Honor, I know my brother is repentant for being where he is again. He really had a difficult childhood, he had to work from a young age, he couldn't go to school, he had to work to make money for the household, he did not finish his education because of lack of funds.

A traumatic event for my brother was the loss of our father, but Mr. Gabriel Aguirre never had any addictions, and when we got to Buenaventura, he was faced with unemployment, he had no way to support his family, at that time he had too many obligations and couldn't find work and he was desperate.

My brother's plans for the future are to finish his education and have a profession, like they say, it is never too late. He enjoys mechanics, it is hard to find work nowadays, a lot is required, but you must never give up. I would like it very much if, with the help of the family, he could start a small business, he has learned to make purses, bracelets, belts, etc.

                                                  Dominga Aguirre

Estimado Juez Castel,

Mi nombre es Dominga Aguirre. No me dedico a nada ya que soy una persona discapacitada.

Yo le cuento que el señor Gabriel Aguirre es un hombre muy honesto, respetuoso y muy serio y honrado. El cuido de mi cuándo estuve enferma, y me daba de comer ya que no podía ni coger la cuchara, yo no podía hacerlo por mi misma, el señor Gabriel Aguirre lo hacía por mi, me llevaba al médico además le tocaba cargarme Honorable señor Kevin Castel. Ya que soy una persona que no camino.

Yo le aconsejaba que hiciera lo posible por no volver a ese lugar Honorable señor Kevin Castel, me decía que le pedía a Dios que no le permitiera volver a ese lugar, ya que sus necesidadesy problemas hicieron que volviera hacerlo. Yo ayudaré a mi hermanito dándole consejo, diciéndole que busque trabajo aquí en Buenaventura, para que no tenga que pensar en cosas tentadoras, que ni piense en eso, el no estar mi hermNo me afecta muy duró, porque me hace mucha mucha falta y yo le pido a Dios y a usted Honorable señor Castel que se apiade del caso de el, y lo mande pronto, mi hermanito ha hecho muchas cosas buenas por mi como bañarme, vestirme, porque yo soy una persona discapacitada, me hacía mucha compañía en mi hogar. Y ahora ya no puede bañarme, ni llevarme al médico, ni darme el medicamento, para poder bañarme tengo que pedir favor a otras personas. La estoy pasando muy mal ya que mi hermanito no puede aportar me Ya para mis alimentos, ya que hay días que la paso muy mal, y sólo me coló una comida al día, por la situación tan difícil que tengo, porque di no me dan el pan, no lo tengo Honorable señor Kevin Castel.

Mi condición física afecta mucho, ya que soy una discapacitada, ya que no puedo caminar tengo que valerme de otras personas, pedir que me acompañen, cuando no tengo quien me acompañe en las noches me toca dormir de un solo lado como lo he dicho soy discapacitada. Emocionalmente me siento muy preocupada por el honorable señor Kevin Castel, porque lo Extraño mucho.

Si este ya es su segundo arrestó, pero con la ayuda de Dios va a ser distinto, porque el tendrá un apoyo muy fuerte de parte de su familia, porque va a estar con sus seres queridos, no le permitiremos que haya una tercera vez, porque el señor Gabriel Aguirre nos hace mucha falta y el expresa muy bien su generosidad, es un hombre muy solidario porque me a ayudado cuando más lo he necesitado, y el amor por su familia es un Alor inmenso muy grande, es un hombre muy entregado a su mujer, y sus hijos es un buen padre, amoroso cariñoso, y siempre dándoles lo mejor de su vida su tiempo, .el me colabora con dinero, ya que teníamos una situación económica muy dura, el acojio a mi hijo en su hogar, ya que yo no podía darle un buen vivir, ni brindarle estudio, porque mi situación era muy crítica Honorable señor Kevin Castel el le gusta ir mucho a culto, y se llevaba a su hija la última , ella es muy apegada a el , el participaba mucho en las actividades que se realizaban en la iglesia. El daba ofrendas y Diezmo, en su actividad religiosa, el acojio a sus Padrés para cuidarlos, porque estaban enfermos ya Que no había quien se hiciera cargo de ellos.

Honorable Kevin Castel mi hermanito ha pasado por muchas cosas porque en su primer arrestó falleció su heana Silvia Aguirre y ahora que no

está falleció otra de sus hermanas lo cual es muy duro para uno perder un ser querido.y más que el no esté, el impacto más duró para nosotros fue su caída de nuevo.

Si nosotros nos cambiamos de barrió, pero no recibimos terapia psicológica ya que tomamos las cosas con calma.
El me ayudó llevándome al médico, ya que en mi estado meeestado me toca pagar México general para que me atiendan, el cuidando de mi, si a cometido errores, todosfallamos en aalgún momento, pero sabe lo bueno es reconocer los errores Honorable señor Kevin Castel cvy yo se que mi hermanito esta arrepentido por estar de nuevo haya.la verdad el tuvo una infancia muy difícil ya que desde muy temprano le tocó trabajar, el no pudo estudiar porque debía trabajar para obtener dinero para llevar para su casa, no termino susestudios por falta de didinero Honorable señor Kevin Castel. Y el incidente traumático es ue tuvo mi hermanito fue la pérdida de su
padre, pero el señor Gabriel Aguirre nunca tuvo ninguna adicción, y cuando llegamos a Buenaventura el si sufrió por desempleo porque no tenía como mantener a su familia, Honorable señor Kevin Castel, porque en ese entonces teníamos demasiadas necesidades y el no encontraba trabajo el se desesperaba por eso.
Los planes que tiene mi hermanito para el futuro, es terminar sus estudios, para luego hacer una carrera como dicen por hay nunca es tarde, a el le gusta mucho la mecánica, de obtener trabajo hoy en día es un poco difícil ya que la edad requiere de mucho, pero nunca hay que desvanecer, me gustaría que con apoyo de la familia se pidieron poner una microempresa ya que el ha aprendido hacer bolsos, maca, pulsera, correa etc...

                                          Dominga Aguirre

# EXHIBIT J



Consulado de Colombia en Nueva York

# INFORMAL TRANSLATION

DIAJI No. 1198

The Ministry of Foreign Affairs- Office of International Legal Affairs-attentively salutes the Honorable Embassy of the United States of America and allows itself the opportunity to enclose a photocopy of communication No. DGI 20161700030311, dated May 06, 2016, from the Colombian General Attorney's Office, which contains a photocopy of the Act that gives custody of Colombian citizen **GABRIEL AGUIRRE CUERO**, and informs the following:

> "**GABRIEL AGUIRRE CUERO** remained *in custody, between July 09, 2015 (date he was captured with extradition purposes) and April 27, 2016, (date custody was transferred to the authorities of the United States of America)*".

The aforementioned is so that the period of time where he has been deprived of liberty in Colombia is taken into account in the process that is underway in the United States of America.

The Foreign Affairs Ministry avails itself the opportunity to reiterate to Honorable Embassy of the United States of America the assurances of its utmost and distinguished consideration.

Bogotá, D.C., May 26, 2016

SEAL

AMERICAN EMBASSY
BOGOTA COLOMBIA

TO THE HONORABLE
**EMBASSY OF THE UNITED STATES OF AMERICA**

10 East 46th street
New York, NY, 10017
PBX 212 798 9000 – Fax 212 972 1725
www.nuevayork.cancilleria.gov.co  cnewyork@cancilleria.gov.co
Nueva York, Estados Unidos





GP-CER 221918    SC-CER 221917



CANCILLERÍA  TODOS POR UN NUEVO PAÍS

Consulado de Colombia en Nueva York

AC. 341709

Nueva York, Agosto 12 de 2016

SEÑOR:
**GABRIEL AGUIRRE-CUERO**
Reg # 49665-018
MCC NEW YORK
METROPOLITAN CORRECTIONAL CENTER
150 PARK ROW
NEW YORK, NY 10007

Señor Aguirre:

De la manera más atenta me permito remitir la Nota Verbal DIAJI No. 1198 en la cual el Gobierno Colombiano presenta al Gobierno Estadounidense el oficio No. DGI 20161700030311 de fecha 06 de Mayo de 2016, de la Fiscalía General de la Nación, el cual contiene un certificado del tiempo servido por usted en Colombia.

Adicionalmente anexamos una traducción no oficial realizada por personal del Consulado del anterior documento.

Cordialmente,

RAQUEL GARAVITO CHAPAVAL
Cónsul General Central (E)

Anexo: Lo anunciado

c.c. AMY GALLICCHIO
Federal Defenders of New York
52 Duane Street
New York, New York 10007

F:\WPPUBLIC\ASISTENCIA A CONNACIONALES\CONSULADOS\Estados Unidos\NEWARK\NEWARK IIVA\Aguirre Cuero, Gabriel #49665-018.docx

Elaboró: MLV

10 East 46th street
New York, NY, 10017
PBX 212 798 9000 – Fax 212 972 1725
www.nuevayork.cancilleria.gov.co  cnewyork@cancilleria.gov.co
Nueva York, Estados Unidos





GP-CER 221918   SC-CER 221917



REPÚBLICA DE COLOMBIA
**MINISTERIO DE RELACIONES EXTERIORES**

2280.

**DIAJI No. 1198**

El Ministerio de Relaciones Exteriores – Dirección de Asuntos Jurídicos Internacionales - saluda muy atentamente a la Honorable Embajada de los Estados Unidos de América y procede a cursar copia del Oficio DGI 20161700030311 de fecha 6 de mayo de 2016, procedente de la Dirección de Gestión Internacional de la Fiscalía General de la Nación, mediante el cual se acompaña fotocopia del acta de entrega del extraditado, señor **GABRIEL AGUIRRE CUERO** e informa el periodo de privación de la libertad en territorio colombiano con fines de extradición.

Lo anterior, con el propósito de que el período de privación de la libertad en Colombia se tenga en cuenta en el proceso que se adelanta en los Estados Unidos de América.

El Ministerio de Relaciones Exteriores – Dirección de Asuntos Jurídicos Internacionales – hace propicia la oportunidad para reiterar a la Honorable Embajada de los Estados Unidos de América las seguridades de su más alta y distinguida consideración.

Bogotá D.C., 26 de mayo de 2016

A LA HONORABLE
**EMBAJADA DE LOS ESTADOS UNIDOS DE AMÉRICA**
Ciudad

26-05-16
AMERICAN EMBASSY
BOGOTA - COLOMBIA

04597 26 MAY 2016 9:43

DIAJI CANCILLERIA COL.



**FISCALIA**
GENERAL DE LA NACIÓN



Al contestar hacer referencia al Radicado No. 20161700030311
06/05/2016

**DGI**  Página 1 de 1

Bogotá, D.C.

Doctora
**ALEJANDRA VALENCIA GÄRTNER**
Directora de Asuntos Jurídicos Internacionales
Ministerio de Relaciones Exteriores
Carrera 5 No. 9-03 -
Bogotá - D.C.

**ASUNTO: Remisión actas de entrega en extradición.**

Respetada Doctora:

De manera atenta, para su conocimiento y fines pertinentes, me permito acompañar fotocopias de las actas de entrega en extradición de las personas que se relacionan a continuación:

**1.-JUAN CARLOS GÓMEZ RAMOS**, identificado con cédula de ciudadanía 94.506.241, quien permaneció privado de la libertad, entre el 11 de agosto de 2015 (fecha de retención con fundamento en notificación roja de INTERPOL) y el 27 de abril de 2016 (fecha de entrega a las autoridades de los **Estados Unidos de América**).

**2.-GABRIEL AGUIRRE CUERO**, identificado con cédula de ciudadanía 12.795.937, quien permaneció privado de la libertad, entre el 9 de julio de 2015 (fecha de notificación de la orden de captura con fines de extradición) y el 27 de abril de 2016 (fecha de entrega a las autoridades de los **Estados Unidos de América**).

Agradezco que se informe sobre el particular a la respectiva Embajada y a la Dirección de Comunidades Colombianas en el Exterior y Asuntos Consulares de ese Ministerio, para que el periodo de privación de la libertad en Colombia se tenga en cuenta dentro de los procesos que se adelanta en el exterior.

Cordialmente,

**ANA FABIOLA CASTRO RIVERA**
Directora
Dirección de Gestión Internacional
Anexo: 2 folios Proyectó: JMPC/ IDVT   Revisó:

DIRECCION DE GESTION INTERNACIONAL
DIAGONAL 22 B (Avda. Luis Carlos Galán) No. 52 - 01 EDIFICIO (C), PISO 4 BOGOTA, D.C - C.P. 111321
CONMUTADOR 570 2000 – 414 9000 EXT.2013/2560/2562/2563/2578 FAX 2564 – 2579
dir.gestioninternacional@fiscalia.gov.co