> Call-in 1-888-363-4749
> Access code 3667981

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 14, 2020

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> The government shall respond by August 28. Assuming the defendant wishes to waive his appearance, the Court will hear the parties telephonically on September 1, 2020 at 2:15 p.m. SO ORDERED /s/ USDJ 8-18-20

Re: United States v. Gabriel Aguirre Cuero
15 CR 125 (PKC)

Dear Judge Castel,

I write to request that the Court grant Gabriel Aguirre Cuero compassionate release, pursuant to 18 U.S.C. § 3582(c), and modify his term of imprisonment by reducing it to time served. Mr. Aguirre Cuero suffers with hypertension which puts him at serious risk of severe illness and death from COVID-19. See Ex. A (BOP Medical Records[1]).[2] Mr. Cuero's medical condition, coupled with the Bureau of Prison's ("BOP") failure to control the spread of COVID-19 in its prisons, place his health and life in danger. When sentencing Mr. Aguirre Cuero this Court could not have anticipated the risks posed by this unprecedented global pandemic. Prior to his extradition to the United States, Mr. Aguirre Cuero spent 14 months in Colombian prisons in deplorable conditions.[3] In the United States, since early March 2020, Mr. Aguirre Cuero has been incarcerated at Great Plains Correctional Institution, a GEO

---

[1] Mr. Aguirre Cuero's full BOP medical records were obtained by the Government at the defense request. Exhibit A is a portion of those records relevant to Mr. Aguirre Cuero's diagnosis of hypertension.

[2] Garg et al., Hospitalization Rates and Characteristics of Patients Hospitalized with Laboratory-Confirmed Coronavirus Disease 2019—COVID–NET, 14 States, March 1–30, 2020, at 462, 5 tbl., CDC, Morbidity & Mortality Weekly Report (Apr. 17, 2020), https://bit.ly/3bclL9d.

[3] See Defendant's Sentencing Submission, ECF No. 28.

1