UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                          15-cr-125 (PKC)

      -against-                           ORDER

GABRIEL AGUIRRE CUERO,

               Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall respond to defendant's motion for sentence reduction filed pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc 98) by July 28, 2022.

        SO ORDERED.

                                                P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
         June 27, 2022