```
 NERBD  531.01  *            INMATE HISTORY            *     08-11-2022
PAGE 001         *               ADM-REL               *       16:08:31

 REG NO..: 49665-018 NAME....: AQUIRRE-CUERRO, GABRIEL
 CATEGORY: ARS        FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
EDG    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-01-2021 1234 CURRENT
EDG    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-01-2021 0821 12-01-2021 1234
EDG    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-11-2021 1323 12-01-2021 0821
7-V    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-11-2021 1323 05-11-2021 1323
7-V    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-11-2021 0230 05-11-2021 1323
YAP    HLD REMOVE HOLDOVER REMOVED              05-11-2021 0130 05-11-2021 0130
YAP    A-HLD      HOLDOVER, TEMPORARILY HOUSED  05-10-2021 1328 05-11-2021 0130
5-V    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-10-2021 1428 05-10-2021 1428
5-V    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-10-2021 0235 05-10-2021 1428
GPC    TRANSFER   TRANSFER                      05-10-2021 0135 05-10-2021 0135
GPC    A-DES      DESIGNATED, AT ASSIGNED FACIL 03-09-2020 1215 05-10-2021 0135
6-K    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-09-2020 1315 03-09-2020 1315
6-K    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-09-2020 1125 03-09-2020 1315
OKL    HLD REMOVE HOLDOVER REMOVED              03-09-2020 1025 03-09-2020 1025
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 03-02-2020 1315 03-09-2020 1025
B15    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-02-2020 1415 03-02-2020 1415
B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-02-2020 0928 03-02-2020 1415
PHL    HLD REMOVE HOLDOVER REMOVED              03-02-2020 0928 03-02-2020 0928
PHL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 02-11-2020 1525 03-02-2020 0928
B15    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-11-2020 1525 02-11-2020 1525
B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-11-2020 1357 02-11-2020 1525
FTD    TRANSFER   TRANSFER                      02-11-2020 1357 02-11-2020 1357
FTD    A-DES      DESIGNATED, AT ASSIGNED FACIL 02-06-2018 1021 02-11-2020 1357
B15    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-06-2018 1021 02-06-2018 1021
B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-06-2018 0915 02-06-2018 1021
PHL    HLD REMOVE HOLDOVER REMOVED              02-06-2018 0915 02-06-2018 0915
PHL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  02-05-2018 1814 02-06-2018 0915
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-05-2018 1814 02-05-2018 1814
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-05-2018 1030 02-05-2018 1814
OKL    HLD REMOVE HOLDOVER REMOVED              02-05-2018 0930 02-05-2018 0930
OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  01-30-2018 1735 02-05-2018 0930
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL 01-30-2018 1835 01-30-2018 1835
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-29-2017 0530 01-30-2018 1835
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-29-2017 0530 11-29-2017 0530
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-28-2017 0830 11-29-2017 0530
OKL    HLD REMOVE HOLDOVER REMOVED              11-28-2017 0730 11-28-2017 0730
OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  11-27-2017 1505 11-28-2017 0730
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-27-2017 1605 11-27-2017 1605
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-27-2017 0815 11-27-2017 1605
PHL    HLD REMOVE HOLDOVER REMOVED              11-27-2017 0815 11-27-2017 0815
PHL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  11-21-2017 1543 11-27-2017 0815




G0002       MORE PAGES TO FOLLOW . . .
```

```
NERBD  531.01 *              INMATE HISTORY             *      08-11-2022
PAGE 002 OF 002 *               ADM-REL                 *       16:08:31

 REG NO..: 49665-018 NAME....: AQUIRRE-CUERRO, GABRIEL
 CATEGORY: ARS       FUNCTION: PRT      FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
B15    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-21-2017 1543 11-21-2017 1543
B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-21-2017 0945 11-21-2017 1543
FTD    FED WRIT   RELEASE ON FEDERAL WRIT      11-21-2017 0945 02-06-2018 1021
FTD    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-26-2017 1619 11-21-2017 0945
B15    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-26-2017 1619 09-26-2017 1619
B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-26-2017 1449 09-26-2017 1619
BRO    HLD REMOVE HOLDOVER REMOVED             09-26-2017 1449 09-26-2017 1449
BRO    A-HLD      HOLDOVER, TEMPORARILY HOUSED 01-30-2017 1120 09-26-2017 1449
4-A    RELEASE    RELEASED FROM IN-TRANSIT FACL 01-30-2017 1120 01-30-2017 1120
4-A    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-30-2017 0940 01-30-2017 1120
NYM    HLD REMOVE HOLDOVER REMOVED             01-30-2017 0940 01-30-2017 0940
NYM    A-HLD      HOLDOVER, TEMPORARILY HOUSED 10-13-2016 2044 01-30-2017 0940
NYM    ADM CHANGE RELEASE FOR ADMISSION CHANGE 10-13-2016 2042 10-13-2016 2044
NYM    A-PRE      PRE-SENT ADMIT, ADULT        04-28-2016 1759 10-13-2016 2042
LOR    GCT REL    GOOD CONDUCT TIME RELEASE    10-05-2012 1030 04-28-2016 1759
LOR    A-DES      DESIGNATED, AT ASSIGNED FACIL 02-18-2010 0725 10-05-2012 1030
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-18-2010 0725 02-18-2010 0725
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-18-2010 0219 02-18-2010 0725
CAA    HLD REMOVE HOLDOVER REMOVED             02-18-2010 0219 02-18-2010 0219
CAA    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 02-08-2010 1745 02-18-2010 0219
P09    RELEASE 02 RELEASED FROM IN-TRANSIT, FEB 02-08-2010 1745 02-08-2010 1745
P09    A-ADMIT 11 ADMITTED TO IN-TRANSIT, NOV  11-18-2009 0530 02-08-2010 1745
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-18-2009 0530 11-18-2009 0530
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-21-2009 0530 11-18-2009 0530
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-21-2009 0530 07-21-2009 0530
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-20-2009 0627 07-21-2009 0530
CAA    HLD REMOVE HOLDOVER REMOVED             07-20-2009 0627 07-20-2009 0627
CAA    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 07-16-2009 1335 07-20-2009 0627
3-I    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-16-2009 1335 07-16-2009 1335
3-I    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-16-2009 0925 07-16-2009 1335
LOR    FED WRIT   RELEASE ON FEDERAL WRIT      07-16-2009 0925 02-18-2010 0725
LOR    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-08-2008 0800 07-16-2009 0925
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-08-2008 0800 05-08-2008 0800
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-08-2008 0516 05-08-2008 0800
LEW    HLD REMOVE HOLDOVER REMOVED             05-08-2008 0516 05-08-2008 0516
LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED 04-21-2008 1840 05-08-2008 0516
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-21-2008 1840 04-21-2008 1840
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-07-2008 1325 04-21-2008 1840
DSC    ADMIN REL  ADMINISTRATIVE RELEASE       02-07-2008 1225 02-07-2008 1225
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION     02-07-2008 1218 02-07-2008 1225




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```