TRULINCS 49665018 - AQUIRRE-CUERRO, GABRIEL - Unit: EDG-C-A

---

FROM: 49665018
TO: Warden
SUBJECT: ***Request to Staff*** AQUIRRE-CUERRO, GABRIEL, Reg# 49665018, EDG-C-A
DATE: 03/30/2022 08:15:01 PM

To: Warden Jenson
Inmate Work Assignment: Landscape

Esteemed Warden Jenson, my sincere greetings and wish that the arrival of this humble request finds you in perfect health and enjoying the best of circumstances.
   I, Gabriel Aquirre-Cuerro 49665-018 humbly request that you grant me a compassionate release pursuant to program statement 5050.49, 18 U.S.C. section 3582(c) and modify my term of imprisonment by reducing it to time served. I am a 58 years-old Hispanic suffering from several illnesses (hypertension, high cholesterol, polypous in the colon, and asthma) that put me in high risk of severe illness and even death from COVID-19; and if you wish, I can supply you with a medical record highlighting the medication I've been prescribed by the BOP. Therefore, Sir, my medical condition coupled with the Bureau of Prisons' failure to control the spread of COVID-19 in its prisons places my health and life in grave danger.
   Warden Jenson, when I was sentenced the court could not have anticipated the risks posed by the unprecedented global pandemic and I understand that perfectly; however, the pandemic is a fact that we must accept and I have unfortunately become a victim of it and suffered severely when I contracted it. Additionally, Superintendent Jenson, I am a native of Colombia and if you were to, hopefully, grant me this humble request, I will be deported to Colombia and will be able to care for my elderly wife and children who have also been infected by COVID-19.
   I have been in BOP custody for the past seven years and have never received an incident report - which shows proof of my self-imposed rehabilitation - and have but five years remaining in my sentence; reasons why I know your mercy and compassion will be extremely appreciated in granting me this very timid request.
   Thank you so, so much for your time, compassion, professionalism, kind response, and may you be flooded with a storm of blessings.
   Sincerely and at your service,
   Gabriel Aquirre-Cuerro, #49665-018



RECEIVED APR 0 4 2022 BY

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: AQUIRRE-CUERRO, GABRIEL | | Reg #: | 49665-018 |
| Date of Birth: 03/18/1963 | Sex: M  Race: WHITE | Facility: | PHL |
| Encounter Date: 02/24/2020 13:30 | Provider: Dalmasi, Odeida MD/CD | Unit: | D04 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Dalmasi, Odeida MD/CD
**Chief Complaint:** HYPERTENSION
**Subjective:** Inmate in transit to another facility. Currently he denies chest pain, sob, headache, palpitations. He says that he took his blood pressure medication this morning. He was told that his blood pressure is high and HCTZ 25 mg was given to him stat. I reviewed his record and his blood pressure sometimes is normal and sometimes is above normal limit. He was told that HC will be added today and he will be re-evaluated at this final destination because he is leaving soon and he understood.
**Pain:** No

Seen for clinic(s): Endocrine/Lipid, General

**OBJECTIVE:**
**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/24/2020 | 13:34 PHL | 74 | | | Dalmasi, Odeida MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/24/2020 | 13:34 PHL | 14 | Dalmasi, Odeida MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/24/2020 | 13:34 PHL | 160/95 | | | | Dalmasi, Odeida MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/24/2020 | 13:34 PHL | 100 | | Dalmasi, Odeida MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/24/2020 | 13:34 PHL | 175.0 | 79.4 | | Dalmasi, Odeida MD/CD |

**Exam:**
  **Neck**
    **Musculoskeletal**
      Yes: Full ROM
    **Vascular**
      No: Jugular Venous Distension, Carotid Bruits
  **Pulmonary**
    **Auscultation**
      Yes: Clear to Auscultation
      No: Crackles, Rhonchi, Wheezing
  **Cardiovascular**

| | | | | |
|---|---|---|---|---|
| Inmate Name: AQUIRRE-CUERRO, GABRIEL | | | Reg #: | 49665-018 |
| Date of Birth: 03/18/1963 | Sex: M | Race: WHITE | Facility: | PHL |
| Encounter Date: 02/24/2020 13:30 | Provider: Dalmasi, Odeida MD/CD | | Unit: | D04 |

**Exam:**
    **Auscultation**
        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
    **Peripheral Vascular**
    **General**
        No: Varicosities
    **Musculoskeletal**
    **Gait**
        Yes: Normal Gait
    **Ankle/Foot/Toes**
        Yes: Normal Exam, Full Range of Motion
        No: Pitting Edema, Swelling

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Neuralgia and neuritis, unspecified, M792 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | hydroCHLOROthiazide Tablet/Capsule | 02/24/2020 13:30 |

    **Prescriber Order:** 25 mg Orally - daily x 180 day(s)
        **Indication:** Essential (primary) hypertension

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 193347-PHL | DULoxetine HCl Delayed Rel 20 MG Cap | 02/24/2020 13:30 |

    **Prescriber Order:** Take one capsule (20 MG) by mouth each evening for pain \*\*\*pill line\*\*\* x 180 day(s) Pill Line Only
        **Indication:** Hip and thigh, sprain and strain

| 193346-PHL | Lisinopril 20 MG Tab | 02/24/2020 13:30 |
|---|---|---|

    **Prescriber Order:** Take one tablet (20 MG) by mouth each day x 180 day(s)
        **Indication:** Essential (primary) hypertension

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up<br>   BP check. | 02/25/2020 00:00 | MLP 02 |
| Chronic Care Visit<br>   htn | 08/10/2020 00:00 | Physician 01 |

**Disposition:**
    Follow-up at Sick Call as Needed

**Other:**
    Lab work done recently.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|